JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARCHARAN SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and<br>Immigration Services, et al.,<br><br>    Defendants. | No. 08-cv-1734 (BZ)<br><br>**STIPULATION TO DISMISSAL;**<br>[PROPOSED] **ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal with prejudice of the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii) in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

//

//

STIPULATION
No. 08-cv-1734 (BZ)

The parties shall bear their own costs and fees.

Dated: April 25, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (fax)
christopher.hollis@usdoj.gov

Dated: April 25, 2008

_____
ROBERT B. JOBE
Attorney for Plaintiff

ORDER

Pursuant to stipulation, IT IS SO ORDERED that this case is dismissed with prejudice.

Dated: April 28, 2008

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION
No. 08-cv-1734 (BZ)                    2